**2007–0544.   Frisch's Restaurants, Inc. v. Ryan.**
Franklin App. No. 06AP–117, 2007-Ohio-545.

O'DONNELL, J., would accept the appeal on Proposition of Law No. I only.

LANZINGER and CUPP, JJ., dissent.